IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CITYSITES,<br><br>    Plaintiff,<br><br><br>vs.<br><br><br>OFFICIALCITYSITES.ORG, LENDERHOST, INC., and DOES 1-10,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND GRANTING DEFENDANT LENDERHOST'S MOTION TO DISMISS<br><br><br><br>Case No. 2:05-CV-623 TS |

On November 21, 2005, Darrow Boggiano filed a Motion to Amend her Complaint[1] seeking to add her as Plaintiff and remove Citysites as Plaintiff.  No response has been received to that Motion.  Pursuant to DUCivR 7-1(d), the Court will grant Plaintiff's Motion, since Defendants have failed to timely respond.

On November 23, 2005, Defendant Lenderhost filed a Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Insufficient Service of Process.[2]  Plaintiff has failed

---

[1]Docket No. 13.

[2]Docket No. 15.

to respond to that Motion in a timely fashion.  Similarly, pursuant to DUCivR 7-1(d), the Court will grant Defendant Lenderhost's Motion to Dismiss.

It is therefore

ORDERED that Plaintiff's Motion to Amend Complaint (Docket No. 13) is GRANTED. Darrow Boggiano may amend her Complaint to add herself as Plaintiff and remove Citycites. The clerk of the court is directed to add Plaintiff's Amended Complaint to the docket.  It is further

ORDERED that Defendant Lenderhost's Motion to Dismiss (Docket No. 15) is GRANTED.

DATED   January 30, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge